| | |
|---|---|
| John E. Flaherty<br>Ravin R. Patel<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br><br>*Attorneys for Plaintiffs Alcon Laboratories, Inc.; Alcon Pharmaceuticals Ltd.; Senju Pharmaceutical Co., Ltd.; and Mitsubishi Chemical Corporation* | OF COUNSEL:<br><br>Lisa Pensabene<br>John Kappos<br>Filko Prugo<br>Daniel O'Boyle<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, New York 10036<br>(212) 326-2000 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALCON LABORATORIES, INC.; ALCON PHARMACEUTICALS LTD.; SENJU PHARMACEUTICAL CO., LTD.; and MITSUBISHI CHEMICAL CORPORATION,<br><br>             Plaintiffs,<br><br>       v.<br><br>AKORN, INC.,<br><br>             Defendant. | Filed Electronically<br><br>CIVIL ACTION NO. _____ |

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Plaintiffs Alcon Laboratories, Inc., Alcon Pharmaceuticals Ltd., Senju Pharmaceutical Co., Ltd., and Mitsubishi Chemical Corporation certifies the following:

Alcon Laboratories, Inc. and Alcon Pharmaceuticals Ltd. are both wholly-owned subsidiaries of Novartis AG, a publicly traded company.  No other publicly traded company owns 10% or more of the stock of either Alcon Laboratories, Inc. or Alcon Pharmaceuticals Ltd.

Senju Pharmaceutical Co., Ltd. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Mitsubishi Chemical Corporation is a wholly-owned subsidiary of Mitsubishi Chemical Holdings Corporation. No other publicly traded company owns 10% or more of the stock of Mitsubishi Chemical Corporation.

Dated: January 14, 2015

By: s/ John E Flaherty
John E. Flaherty
Ravin R. Patel
McCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Plaintiffs Alcon Laboratories, Inc.; Alcon Pharmaceuticals Ltd.; Senju Pharmaceutical Co., Ltd.; and Mitsubishi Chemical Corporation*

OF COUNSEL:

Lisa Pensabene
John Kappos
Filko Prugo
Daniel O'Boyle
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000